| | | | |
|---|---|---|---|
| State v. Whaley<br><br>Case below:<br>178 N.C. App. 563 | No. 440PA06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-948)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 05/03/07<br><br>3. Allowed on the issue whether the Court of Appeals erred in affirming the decision of the trial court to exclude the testimony and evidence offered at defendant's trial regarding the victim's credibility and mental state. 05/03/07 |
| State v. Woodard<br><br>Case below:<br>177 N.C. App. 150 | No. 239P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-597) | Denied 03/08/07 |
| State v. Young<br><br>Case below:<br>178 N.C. App. 394 | No. 417P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1265) | Denied 03/08/07<br><br>**Hudson, J., Recused** |
| Taylor v. N.C. Farm Bureau Mut. Ins. Co.<br><br>Case below:<br>181 N.C. App. 343 | No. 083P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-321) | Denied 05/03/07<br><br>**Hudson, J., Recused** |
| Teague v. N.C. Dep't of Transp.<br><br>Case below:<br>177 N.C. App. 215 | No. 281P06-3 | Plt's Motion for Declaratory Judgment on Five Separate and Distinct Alternative NC Statutes All Referenced to the Subject Case (COA05-522) | Dismissed |